# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** Timothy A. Barnes

**Hearing Date:** September 19, 2019

**Bankruptcy Case No.:** 19 B 25218

**Adversary No.:**

**Title of Case:** Tycee L. Hightower

**Brief Statement of Motion:** Debtor's Motion To Extend The Automatic Stay

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

For the reasons stated in open court, motion is denied without prejudice.

*/s/ Timothy A. Barnes* AM